IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| LEONARD CANTRELL, | § § | |
| Petitioner, | § § | |
| v. | § § | 1:22-CV-1286-RP |
| UNITED STATES OF AMERICA, | § § | [1:21-CR-48(25)] |
| Respondent. | § § § | |

# ORDER

Before the Court is Petitioner Cantrell's ("Cantrell") Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody. (Dkt. 1347). Cantrell filed his motion on November 30, 2022. (*Id.*). The case was referred to United States Magistrate Judge Mark Lane for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Lane filed his report and recommendation on October 17, 2023. (Dkt. 1424). In his report and recommendation, Judge Lane recommends that the Court deny Cantrell's motion. (*Id.* at 1). Cantrell filed objections to the report and recommendation. (Dkt. 1445).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Cantrell objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Cantrell's objections and adopts the report and recommendation as its own order.

1

Accordingly, **IT IS ORDERED** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 1424), is **ADOPTED**. Cantrell's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody, (Dkt. 1347), is **DENIED**.

It is **FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** on January 9, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE